# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:05CR00305-038 SWW

MACK MONROE WEST

### ORDER

Upon the government's motion to dismiss the indictment against the above defendant, and for good cause shown,

IT IS ORDERED that the government's motion is granted, and the indictment pending in this case hereby is dismissed with prejudice as it pertains to defendant Mack Monroe West only.

Dated this 20th day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE